UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CR-106-BO

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | |
| TAMMY MULLEN | |

This matter is before the Court on the defendant's Motion to Adopt Motion to Suppress Filed by David Beck. For good cause shown, the motion is GRANTED.

This __20__ day of May, 2013.

TERRENCE W. BOYLE
United States District Judge